IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN STEVEN OLAUSEN,

    Petitioner,                    No. CIV S-06-0498 DFL KJM P

    vs.

E.K. MCDANIELS, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner is currently incarcerated in Nevada and is challenging a Nevada conviction.

        As provided by 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

/////

////

1

1       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
2 United States District Court for the District of Nevada.  28 U.S.C. § 2241(d); 28 U.S.C.
3 § 1406(a).
4 DATED: April 28, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

2/mp
olau0498.108